No. 90–6163. HUGHES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6167. BUCK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6170. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6181. FORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6182. PRIEST v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6186. QUINONEZ-LEDEZMA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6188. MARMOL-ORTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6195. CHARLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6196. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6199. VILLAGOMEZ-REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–336. BARKER, SUPERINTENDENT, COLUMBUS COUNTY PRISON UNIT, BRUNSWICK, NORTH CAROLINA, ET AL. v. HOWELL. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 90–455. GENERAL WOOD PRESERVING CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–588. MUNTERS CORP. v. MATSUI AMERICA, INC. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.